UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID THOMPSON,<br>Plaintiff,<br>v.<br>CDCR, *et al.*,<br>Defendants. | Case No. 1:26-cv-02952-KES-FJS (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S NOTICE REGARDING CIVIL RIGHTS COMPLAINT AS MOTION FOR CASE STATUS UPDATE<br>(ECF No. 15)<br><br>ORDER GRANTING MOTION FOR CASE STATUS UPDATE<br>(ECF No. 15) |

Plaintiff David Thompson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The court has not yet screened the complaint.

On July 17, 2026, Plaintiff filed a letter to the court, docketed as a notice regarding prisoner civil rights complaint. (ECF No. 15.) Plaintiff states that since filing the signed complaint on May 4, 2026, he has not heard anything on this case. Plaintiff requests information regarding whether the court received the signed complaint, if there have been any other orders since then, and what is going on in his case. (*Id.*) The court construes the filing as a motion for case status update. The motion is deemed submitted. Local Rule 230(l).

Plaintiff's motion for updates regarding his case is granted by the instant order. Plaintiff is informed that, as noted above, the court received the signed complaint on May 4, 2026. (ECF No.

10.) Since the filing of the signed complaint, the court issued an order assigning this action to District Judge Kirk E. Sherriff and findings and recommendations regarding Plaintiff's various motions requesting injunctive relief, both on July 16, 2026. (ECF Nos. 13, 14.) Plaintiff may file objections to the findings and recommendations on or before August 3, 2026. (ECF No. 14.) Plaintiff's complaint is pending screening before the court.

Plaintiff is advised that due to the large number of civil actions pending before the court, the court is unable to respond in writing to individual inquiries regarding the status of a case. The court is responding to Plaintiff's current inquiry as a one-time courtesy. If Plaintiff maintains current address information with the court, he will receive all orders that might affect the status of his case. If Plaintiff wishes to receive confirmation that the court has received a notice or motion, he must file an extra copy of the notice or motion, together with a self-addressed, stamped envelope that includes the correct postage.

Finally, Plaintiff is informed that the complaint is pending screening before the court. Plaintiff is reminded that the court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. Yet there are hundreds of prisoner civil rights cases presently pending before the court, and delays are inevitable. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The court is aware of the pendency of this case and will screen Plaintiff's complaint in due course.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's notice regarding prisoner civil rights complaint, (ECF No. 15), is CONSTRUED as a motion for case status update; and
2. Plaintiff's motion for case status update, (ECF No. 15), is GRANTED as discussed above.

IT IS SO ORDERED.

Dated: **July 22, 2026**

UNITED STATES MAGISTRATE JUDGE