# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID THOMPSON,

Plaintiff,

v.

CDCR, *et al.*,

Defendants.

No. 1:26-cv-02952-KES-FJS (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF

(Docs. 11, 12 14)

Plaintiff David Thompson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 10, 2026, and July 13, 2026, Plaintiff filed motions requesting court orders prohibiting his transfer to an institution not of his choosing and requiring Defendants to pay to replace destroyed or stolen documents. Docs. 11, 12. On July 16, 2026, the assigned magistrate judge construed the motions as requests for injunctive relief and issued findings and recommendations to deny Plaintiff's motions. Doc. 14. The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. *Id.* No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper

analysis.

Accordingly, the court ORDERS:

1. The findings and recommendations issued on July 16, 2026, Doc. 14, are adopted in full;
2. Plaintiff's motions for injunctive relief, Docs. 11, 12, are denied; and
3. The matter is referred to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE